```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                       CASE NO. 08 B 03184
    DOLORES SUETT
                                             CHAPTER 13

                                             JUDGE: SUSAN PIERSON SONDERBY

           Debtor
    SSN XXX-XX-7667


--------------------------------------------------------------------------------
                    TRUSTEE'S FINAL REPORT AND ACCOUNT
--------------------------------------------------------------------------------
    The case was filed on 02/12/2008 and was not confirmed.

    The case was dismissed without confirmation 05/15/2008.
--------------------------------------------------------------------------------
CREDITOR NAME             CLASS            CLAIM AMOUNT     INTEREST        PRINCIPAL
                                                              PAID            PAID
--------------------------------------------------------------------------------
CITIMORTGAGE INC          CURRENT MORTG         .00            .00             .00
CITIMORTGAGE INC          MORTGAGE ARRE    27470.62            .00             .00
CAPITAL ONE               UNSECURED       NOT FILED            .00             .00
CITIBANK DFS              UNSECURED       NOT FILED            .00             .00
GEMB/WALMART              UNSECURED       NOT FILED            .00             .00
BLUE ISLAND RADIOLOGY     UNSECURED       NOT FILED            .00             .00
GEMB/JCPENNY              UNSECURED       NOT FILED            .00             .00
TARGET NATIONAL BANK      UNSECURED         1074.64            .00             .00
ERNESTO D BORGES JR       DEBTOR ATTY          .00                             .00
TOM VAUGHN                TRUSTEE                                              .00
DEBTOR REFUND             REFUND                                          1,800.16

        Summary of Receipts and Disbursements:
--------------------------------------------------------------------------------
                           RECEIPTS              DISBURSEMENTS
--------------------------------------------------------------------------------
TRUSTEE                    1,800.16

PRIORITY                                                 .00
SECURED                                                  .00
UNSECURED                                                .00
ADMINISTRATIVE                                           .00
TRUSTEE COMPENSATION                                     .00
DEBTOR REFUND                                       1,800.16
                         --------------          --------------
TOTALS                     1,800.16                 1,800.16




              PAGE  1 - CONTINUED ON NEXT PAGE
        CASE NO. 08 B 03184 DOLORES SUETT
```

  Based on the above information, the Trustee requests the court enter an order discharging the Trustee, releasing the Trustee's surety from any further liability related to the above proceedings.

|  |  |
|---|---|
| Dated: 08/26/08 | /s/ Tom Vaughn <br> _____ <br> TOM VAUGHN <br> CHAPTER 13 TRUSTEE |